# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-13-00284-CV
_____

## KELLY MCCLANE, Appellant

## V.

## NEW CANEY OAKS APARTMENTS, Appellee

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 1327046-CV

## ORDER

Kelly McClane filed a motion for review of the trial court's ruling setting the amount of her supersedeas bond for the appeal of a forcible detainer case. *See* Tex. R. App. P. 24.4(a). McClane also filed a motion for temporary relief. *See* Tex. R. App. P. 24.4(c). McClane has not filed a notice of appeal but her motion for new trial indicates an intention to appeal and she has executed an affidavit of inability to pay the costs of an appeal. *See* Tex. R. App. P. 20.1.

1

On June 14, 2013, the trial court signed a judgment granting possession of the leased premises and awarding unpaid rent in the amount of $2,183.00. On June 21, 2013, the trial court overruled McClane's motion for new trial. On June 24, 2013, the trial court set the amount of the supersedeas bond at $6,000. McClane's portion of the monthly rent for the government subsidized lease is $440.00. *See* Tex. Prop. Code Ann. § 24.007(a) (West Supp. 2012). Her monthly liabilities exceed her assets. The amount set for the supersedeas bond will likely cause substantial economic harm to the appellant. *See* Tex. R. App. P. 24.2(b). The Court accelerates the timetables for the record and briefing in the event of an appeal. *See* Tex. R. App. P. 2.

It is ORDERED that the amount of the supersedeas bond is reduced to $1,320.00. By operation of Rule 24.4(e) issuance of a writ of possession is stayed for twenty days. *See* Tex. R. App. P. 24.4(e). If notice of appeal is not earlier filed, the filing of the supersedeas bond following the statements in the motion for new trial will be considered as a bona fide attempt to invoke the appellate jurisdiction of this Court. *See In re J.M.*, No. 12-0836, 2013 WL 1286956, at *1 (Tex. Mar. 15, 2013). The record is due ten days after the supersedeas bond is filed. *See* Tex. R. App. P. 35.1(b). The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(d). The brief of the appellee is due twenty days

2

after the appellant's brief is filed.[1]  *Id.*  The appeal will be submitted without oral argument ten days after the appellee's brief is filed.  *Id.* No motions for extension of time will be considered.

ORDER ENTERED June 28, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.

---

[1]Apparently, the appellee appeared *pro se* through its manager.  *See* Tex. R. Civ. P. 747a.  A corporate entity must be represented by counsel in an appeal to the Court of Appeals.  *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996).